EDA

**FILED**
**FEBRUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 987**

In the Matter of                                      Case Number:

GMAC Real Estate, LLC, a Delaware Limited Liability Company

v.

Blake Realty, LLC, a Wisconsin Limited Liability Company
and Ryan Blake, an individual

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC

| | |
|---|---|
| NAME (Type or print) | |
| Daniel E. Wiesch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel E. Wiesch | |
| FIRM | |
| Fuchs & Roselli, Ltd. | |
| STREET ADDRESS | |
| 440 W. Randolph Street, Suite 500 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6276172 | 312-651-2400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐