FILED
FEBRUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company, *Plaintiff*, v. **BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual. *Defendants.* | **08 C 987** CASE NO. **JUDGE ANDERSEN MAGISTRATE JUDGE KEYS** |

### PLAINTIFF'S RULE 7.1 DISCLOSURE

**Now Comes**, the Plaintiff, **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company, ("Plaintiff"), by and through its attorneys, Fuchs & Roselli, Ltd., and pursuant to FRCP 7.1 and Local Rule 3.2, hereby gives notice of the following:

1. Plaintiff, GMAC Real Estate, LLC, is a wholly owned subsidiary of GMAC Home Services, LLC.

Respectfully submitted,

**GMAC REAL ESTATE, LLC**, Plaintiff

By: \s\ Richard C. Perna
One of Its Attorneys

Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499

1