IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff*,<br><br>v.<br><br>**BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual.<br><br>*Defendants.* | **08 C 987**<br><br>CASE NO.<br><br>**JUDGE ANDERSEN**<br>**MAGISTRATE JUDGE KEYS** |

### PLAINTIFF'S NOTICE OF CLAIM INVOLVING TRADEMARKS

**Now Comes**, the Plaintiff, **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company, ("Plaintiff"), by and through its attorneys, Fuchs & Roselli, Ltd., and pursuant to Local Rule 3.4, hereby gives notice that the following United States' Trademarks are at issue in this suit:

1. United States' Trademark Number 2,612,792 registered August 27, 2002, and United States' Trademark Number 2,914,178 registered December 28, 2004.

2. Plaintiff, GMAC Real Estate, LLC is a Delaware Limited Liability Company with its principal place of business at Spring Road, Oak Brook, Illinois.

3. Defendant, Blake Realty, LLC, is a Wisconsin Limited Liability Company, with its principal place of business at 2835 West Collage Avenue, Appleton, Wisconsin.

4. Ryan Blake is an individual, who, upon information and belief, at all relevant times is a resident of Wisconsin.

1

                        Respectfully submitted,

                        **GMAC R**EAL **E**STATE**, LLC**, Plaintiff

        By:      \s\ Richard C. Perna
                        One of Its Attorneys

Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
F<small>UCHS</small> & R<small>OSELLI</small>, L<small>TD</small>.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400
Fax: (312) 651-2499