## United States District Court for the Northern District of Illinois

Case Number: 08cv987     Assigned/Issued By: j. n.

Judge Name:     Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                             ☐ Alias Summons

☐ Third Party Summons                 ☐ Lis Pendens

☐ Non Wage Garnishment Summons        ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____
                                      _____
                                      (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
     (Type of Writ)

_1_ Original and _0_ copies on _2-25-08_ as to _ryan e. blake_
                                (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05