IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GMAC REAL ESTATE, LLC, a Delaware Limited Liability Company,<br><br>      *Plaintiff,*<br><br>*v.*<br><br>BLAKE REALTY, LLC, a Wisconsin Limited Liability Company, and RYAN BLAKE, an individual.<br><br>      *Defendants.* | CASE NO. 08 C 987<br><br>**Presiding Judge Anderson**<br>**Magistrate Judge Keys** |

## NOTICE OF MOTION

To: Mr. Ryan Blake    Ryan Blake
   Blake Realty, LLC    2820 W. Hiawatha Drive
   2835 W. College Avenue  Appleton, WI 54914
   Appleton, WI 54914

  **PLEASE TAKE NOTICE** that on the 26th day of March, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Judge Arlander Keys in the courtroom usually occupied by him in Room 2230 in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present *GMAC's Motion for Preliminary Injunction*, a copy of which is herewith served upon you.

                  /s/ Daniel Wiesch
                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on March 19, 2008, he served the foregoing Notice upon counsel of record by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at 440 West Randolph Street, Chicago, Illinois, with proper postage prepaid, prior to 5:00 P.M. Central Standard Time.

                  s/ Daniel Wiesch
                  Daniel E. Wiesch

Daniel E. Wiesch
**FUCHS & ROSELLI, LTD.**
400 South Knoll Street
Chicago, Illinois 60187
Tel: (630) 668-5050
Fax: (630) 690-8104
Attorney No. 6276171