IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff*,<br><br>v.<br><br>**BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual.<br><br>*Defendants*. | CASE NO.  08  C 987<br><br>**Presiding Judge Anderson**<br>**Magistrate Judge Keys** |

### RE-NOTICE OF MOTION

To:  Mr. Ryan Blake              Ryan Blake
     Blake Realty, LLC           2820 W. Hiawatha Drive
     2835 W. College Avenue      Appleton, WI  54914
     Appleton, WI  54914

**PLEASE TAKE NOTICE** that on the 3rd day of April, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Judge Anderson in the courtroom usually occupied by him in Room 1403 in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present *GMAC's Motion for Preliminary Injunction*, a copy of which is herewith served upon you.

       ___/s/ Daniel Wiesch
       Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on March 19, 2008, he served the foregoing Notice upon counsel of record by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at 440 West Randolph Street, Chicago, Illinois, with proper postage prepaid, prior to 5:00 P.M. Central Standard Time.

       _ s/ Daniel Wiesch___
       Daniel E. Wiesch

Daniel E. Wiesch
**FUCHS & ROSELLI, LTD.**
400 South Knoll Street
Chicago, Illinois 60187
Tel:  (630) 668-5050
Fax: (630) 690-8104
Attorney No. 6276171