UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**GMAC REAL ESTATE, LLC,**

    Plaintiff,

V.

**BLAKE REALTY, LLC, and
RYAN BLAKE**

    Defendants.

Case No. 08 C 987

AFFIDAVIT OF SERVICE
OF PROCESS

---

I, **DEBORAH J. NELSON**, being duly sworn states: That I am qualified to serve process in this cause, and that I received the following documents in this action:
**SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT for INJUNCTIVE and OTHER RELIEF, NOTICE OF FILING**

From VIPER DETECTIVE AGENCY on March 3, 2008, and in each instance I, personally, served a copy of each document listed above on those named below in the manner and at the time and place shown.

Upon RYAN E. BLAKE, personally, on MARCH 5, 2008, at 5:15 P.M. at 2820 HIAWATHA DRIVE, APPLETON, WISCONSIN 54914.

                                                                                              Deborah J. Nelson

SUBSCRIBED AND SWORN to me this 6th day of March 2008.
Notary Public: _____
My Commission Expires: 3-27-2011

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/5/2008 |
| NAME OF SERVER *(PRINT)* DEBORAH J. NELSON | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2850 W. HIAWATHA DRIVE, APPLETON, WI 54914

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/2008
            Date

Signature of Server: *[signed]* Deborah J. Nelson

Address of Server: P.O. Box 12154, Green Bay, WI 57504

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.