**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

GMAC Real Estate, LLC
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00987
                                                Honorable Wayne R. Andersen

Blake Realty, LLC, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, April 3, 2008:

   MINUTE entry before Judge Honorable Wayne R. Andersen:Plaintiff's motion for preliminary injunction [10] is entered and continued; Motion hearing held on 4/3/2008 regarding motion for preliminary injunction[10] ; Set deadlines/hearing as to motion for preliminary injunction[10] :( Motion Hearing set for 4/10/2008 at 09:00 AM.)Mailed notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.