# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**GMAC REAL ESTATE, LLC,**

       Plaintiff,

         V.

**BLAKE REALTY, LLC, and**
**RYAN BLAKE**

       Defendants.

Case No. 08 C 987

AFFIDAVIT OF SERVICE
OF PROCESS

---

I, **DEBORAH J. NELSON,** being duly sworn states: That I am qualified to serve process in this cause, and that I received the following documents in this action:
**SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT for INJUNCTIVE and OTHER RELIEF, NOTICE OF FILING**

From VIPER DETECTIVE AGENCY on March 3, 2008, and in each instance I, personally, served a copy of each document listed above on those named below in the manner and at the time and place shown.

Upon RYAN E. BLAKE, personally, on MARCH 5, 2008, at 5:15 P.M. at 2820 HIAWATHA DRIVE, APPLETON, WISCONSIN 54914.

                                             Deborah J. Nelson

SUBSCRIBED AND SWORN to me this 6th day of March 2008.

Notary Public: _____

My Commission Expires: 3-27-2011

EXHIBIT
A

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  3/5/2008 |
| NAME OF SERVER *(PRINT)*,  DEBORAH J. NELSON | TITLE  INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  2850 W. HIAWATHA DRIVE, APPLETON, WI 54914

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/5/2008
_____
Date

_____
Signature of Server

P.O. Box 13154, Green Bay, WI 54307
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.