# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 987 | **DATE** | 4/10/2008 |
| **CASE TITLE** | GMAC Real Estate, LLC vs. Blake Realty et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for preliminary injunction [10] is granted. Enter order. Status hearing set for 4/24/2008 @ 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



Courtroom Deputy Initials: TSA

8C987 GMAC Real Estate, LLC vs. Blake Realty et al

Page 1 of 1