# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

GMAC Real Estate, LLC

                 Plaintiff,

v.

Blake Realty, LLC, et al.

                 Defendant.

Case No.: 1:08−cv−00987

Honorable Wayne R. Andersen

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

       MINUTE entry before Judge Honorable Wayne R. Andersen:Status hearing held. Plaintiff's motion for default judgment [16] is granted; Motion hearing held on 4/24/2008. Amended draft order to follow. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.