| Order Form (01/2005) | | | | |
|---|---|---|---|---|
| **United States District Court, Northern District of Illinois** | | | | |
| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | | |
| **CASE NUMBER** | 8 C 987 | **DATE** | 4/29/2008 | |
| **CASE TITLE** | GMAC Real Estate, LLC vs. Blake Realty, LLC et al | | | |

**DOCKET ENTRY TEXT**

Enter order for default judgment. It is hereby ordered and adjudged: Default judgment is hereby entered against Blake Realty, LLC, and Ryan Blake. Judgment is hereby entered in favor of plaintiff and against Blake Realty in the total amount of $195,140.95. Judgment is hereby entered in favor of plaintiff and against Blake, jointly and severally with Blake Realty in the amount of $103,472.95.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



Courtroom Deputy Initials: TSA