Case 1:08-cv-00987    Document 22    Filed 04/29/2008    Page 1 of 2


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GMAC REAL ESTATE, LLC, a Delaware Limited Liability Company,<br><br>*Plaintiff*,<br><br>v.<br><br>BLAKE REALTY, LLC, a Wisconsin Limited Liability Company, and RYAN BLAKE, an individual.<br><br>*Defendants*. | 08cv987<br><br>CASE NO. 08 C 987<br><br>Presiding Judge Anderson<br>Magistrate Judge Keys<br><br>RECEIVED APR 24 2008 WAYNE R. ANDERSEN U.S. DISTRICT COURT JUDGE |

## ORDER FOR DEFAULT JUDGMENT

**THIS CAUSE COMING TO BE HEARD** on the *Motion for Default, Verified Complaint for Injunctive and Other Relief,* and supporting *Affidavits* of GMAC REAL ESTATE, LLC, a Delaware Limited Liability Company, ("PLAINTIFF"), by and through its attorneys, FUCHS & ROSELLI, LTD., due notice having been given to BLAKE REALTY, LLC, a Wisconsin Limited Liability Company, ("BLAKE REALTY") and RYAN BLAKE, an individual, ("BLAKE") (collectively "DEFENDANTS") the Court being fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.      The DEFENDANTS having failed to appear despite service of summons and the time for appearing having expired, default judgment is hereby entered against BLAKE REALTY, LLC, and RYAN BLAKE;

2.      As to Count IV of Plaintiff's *Verified Complaint for Injunctive and Other Relief* judgment is hereby entered in favor of Plaintiff and against BLAKE REALTY in the total amount of

1

$195,140.95, itemized as follows:

| | |
|---|---|
| Unamortized Franchise Development Costs Note | $ 16,000.04 |
| Statement balance of 9/10/07 | $ 34,342.91 |
| Est. Balance Due Transaction and Advertising fees Mar '07 - July '07 | $ 14,742.00 |
| Transaction & Advertising fees to End of Term | $ 108,108.00 |
| Annual Agent Fee Yr. Through End of Term | $ 20,100.00 |
| Referral Office Fees to End of Term | $ 1,848.00 |
| Total | $ 195,140.95 |

3. As to Count IV of Plaintiff's *Verified Complaint for Injunctive and Other Relief* judgment is hereby entered in favor of Plaintiff and against BLAKE, jointly and severally with BLAKE REALTY in the amount of $103,472.95, itemized as follows:

| | |
|---|---|
| Franchise Development Costs Note | $ 16,000.04 |
| Statement balance of 9/10/07 | $ 34,342.91 |
| Est. Balance Due Transaction and Advertising fees Mar '07 - July '07 | $ 14,742.00 |
| 1 year Transaction Fees: | $ 25,200.00 |
| Annual Agent Minimum fees '06 and '07 | $ 8,400.00 |
| 1 years Advertising Fees: | $ 4,284.00 |
| Referral Office Fees | $ 504.00 |
| Total | $ 103,472.95 |

4. That copies of this *Order* shall be immediately served upon DEFENDANTS.

ENTERED: April 29, 2008

JUDGE: [signature]

Richard C. Perna (6193236)
Daniel E. Wiesch (6276171)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
(312) 651-2400
Attorney No. 18573

2