## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV987      Assigned/Issued By: J. N.

Judge Name:      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
(Victim, Against and $ Amount)

☑ Citation to Discover Assets      ☐ Other

☐ Writ _____
(Type of Writ)

_____
(Type of issuance)

2 Original and 2 copies on 5-21-08 as to BLAKE REALTY, LLC ;
(Date)

RYAN BLAKE