IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>**BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual.<br><br>*Defendants.* | CASE NO. 08 C 987 |

### NOTICE OF MOTION

To:  Mr. Ryan Blake                    Mr. Ryan Blake
     Blake GMAC Realty                 2820 W. Hiawatha Drive
     W6144 Aero Tech Drive             Appleton, WI  54914
     Appleton, WI  54914

**PLEASE TAKE NOTICE** that on the 12th day of June, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Judge Anderson in the courtroom usually occupied by him in Room 1403 in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present ***GMAC's Petition for Rule to Show Cause***, a copy of which is herewith served upon you.

                                    ___/s/ Daniel Wiesch_____
                                         Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on May 29, 2008, he served the foregoing Notice upon counsel of record by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at 440 West Randolph Street, Chicago, Illinois, with proper postage prepaid, prior to 5:00 P.M. Central Standard Time.

                                     _/s/ Daniel Wiesch_____
                                         Daniel E. Wiesch

Daniel E. Wiesch
**FUCHS & ROSELLI, LTD.**
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel:  (312) 651-2400
Attorney No. 6276171