## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 987 | **DATE** | 6/12/2008 |
| **CASE TITLE** | GMAC Real Estate vs. Blake Realty et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's petition for rule to show cause [24] is granted. Rule to show cause returnable 7/3/2008 @ 9:00 a.m. Enter order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 18 AM 7:40
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA