IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>**BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual,<br><br>*Defendants.* | CASE NO. 08 C 987 |

### ORDER

This cause having come on to be heard on the verified petition of the PLAINTIFF, GMAC REAL ESTATE, LLC, for a Rule To Show Cause why BLAKE REALTY, LLC, and RYAN BLAKE should not be held in contempt of Court, and on notice as to the Order for Preliminary and Permanent Injunction, entered by this Court, and it appearing to the Court that BLAKE REALTY, LLC, and RYAN BLAKE have willfully refused to cease and desist from any use or misuse of PLAINTIFF'S MARKS and have continued to infringe upon the exclusive rights granted PLAINTIFF in its MARKS; BLAKE REALTY, LLC, and RYAN BLAKE have willfully refused to surrender to PLAINTIFF all items in their possession, custody or control that bear PLAINTIFF'S MARKS; and have willfully refused to account for any and all revenue derived as a result of marketing, selling, or promoting its real estate services through and with PLAINTIFF'S MARKS as directed by the Order for Preliminary and Permanent Injunction, entered by this Court on April 10, 2008;

IT IS HEREBY ORDERED that BLAKE REALTY, LLC, and RYAN BLAKE appear before this Court on _July 3_, 20_08_, at _9:00 am_, and show cause, if any they

can, why they should not be punished for contempt of Court for neglecting and refusing to comply with the Order of this Court entered on April 10, 2008.

Enter:

_____
Judge

Dated: June 12, 2008