U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 987 |
|---|---|

GMAC Real Estate, LLC, a Delaware Limited Liability Company,
v.
Blake Realty, LLC, a Wisconsin Limited Liability Company and Ryan Blake, an individual,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC Real Estate, LLC

| NAME (Type or print) |  |
|---|---|
| David R. Buetow |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ David R. Buetow |  |
| FIRM |  |
| Fuchs & Roselli, Ltd. |  |
| STREET ADDRESS |  |
| 440 W. Randolph Street, Suite 500 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6228923 | (312) 651-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |