IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>**BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual.<br><br>*Defendants.* | CASE NO. **08 C 987**<br><br>**Presiding Judge Anderson**<br>**Magistrate Judge Keys** |

### PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW ATTORNEY DANIEL E. WIESCH AS COUNSEL FOR PLAINTIFF GMAC REAL ESTATE, LLC

**NOW COMES** the Plaintiff, GMAC REAL ESTATE, LLC ("GMAC"), by and through its attorneys, FUCHS & ROSELLI, LTD., for its *Motion to Withdraw Attorney Daniel E. Wiesch's Appearance as Counsel of Record for Plaintiff GMAC*. In support of its motion, GMAC states as follows:

1. On February 18, 2008, GMAC filed a complaint for injunctive and other relief against BLAKE REALTY, LLC AND RYAN BLAKE ("BLAKE") in the Northern District of Illinois, Eastern Division, under case number 08 C 987.

2. On February 18, 2008, attorneys Richard C. Perna and Daniel E. Wiesch of the law firm of FUCHS AND ROSELLI, LTD filed their respective appearances on behalf of GMAC (See appearances of Richard C. Perna and Daniel E. Wiesch, attached hereto as **Exhibit A**).

3. GMAC hereby moves this Court for leave to withdraw attorney Daniel E. Wiesch as attorney of record of GMAC. Attorney Wiesch is no longer representing GMAC as he is no

1

longer employed with the law firm of FUCHS & ROSELLI, LTD.

4. A proposed order regarding the withdrawal of attorney Wiesch is attached hereto as **Exhibit B**.

**WHEREFORE** Plaintiff, GMAC REAL ESTATE, LLC respectfully requests this Honorable Court to enter an order granting GMAC leave to withdraw Daniel E. Wiesch as attorney of record on behalf of GMAC. GMAC requests such further relief as this Court deems just and fair.

> Respectfully submitted,
>
> **GMAC REAL ESTATE, LLC,** *Plaintiff*
>
> By:  /s/ Richard C. Perna
>           One of Its Attorneys

Richard C. Perna (#6193236)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400

Case 1:08-cv-00987   Document 3   Filed 02/18/2008   Page 1 of 1

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GMAC Real Estate, LLC, a Delaware Limited Liability Company
v.
Blake Realty, LLC, a Wisconsin Limited Liability Company and Ryan Blake, an individual

Case Number: 08 C 987

JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC

| | |
|---|---|
| NAME (Type or print) Richard C. Perna | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Richard C. Perna | |
| FIRM Fuchs & Roselli, Ltd. | |
| STREET ADDRESS 440 W. Randolph Street, Suite 500 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6193236 | TELEPHONE NUMBER 312-651-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

EXHIBIT A

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

GMAC Real Estate, LLC, a Delaware Limited Liability Company

v.

Blake Realty, LLC, a Wisconsin Limited Liability Company and Ryan Blake, an individual

Case Number: 08 C 987

JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GMAC

| | |
|---|---|
| NAME (Type or print) <br> Daniel E. Wiesch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel E. Wiesch | |
| FIRM <br> Fuchs & Roselli, Ltd. | |
| STREET ADDRESS <br> 440 W. Randolph Street, Suite 500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276172 | TELEPHONE NUMBER <br> 312-651-2400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>**BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual.<br><br>*Defendants.* | **CASE NO. 08 C 987**<br>**Presiding Judge Anderson**<br>**Magistrate Judge Keys** |

## ORDER

This matter coming to be heard on *Plaintiff, GMAC Real Estate, LLC's Motion to Withdraw Attorney Daniel E. Wiesch as Counsel of Record for Plaintiff, GMAC Real Estate LLC*, due notice given, the Court being advised in the premises,

**IT IS ORDERED:**

1. Plaintiff GMAC REAL ESTATE LLC'S Motion for Leave to Withdraw the Appearance of Attorney Daniel E. Wiesch as counsel of record on behalf of Plaintiff GMAC REAL ESTATE, LLC is hereby granted.

DATED:_____          By:_____

Richard C. Perna (#6193236)
FUCHS & ROSELLI, LTD.
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400


EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>**BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual.<br><br>*Defendants.* | CASE NO. **08 C 987** |

### NOTICE OF MOTION

To:    Mr. Ryan Blake          Mr. Ryan Blake
        Blake GMAC Realty      2820 W. Hiawatha Drive
        W6144 Aero Tech Drive    Appleton, WI 54914
        Appleton, WI 54914

**PLEASE TAKE NOTICE** that on the 31st day of July, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Judge Anderson in the courtroom usually occupied by him in Room 1403 in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present ***GMAC's Motion for Leave to Withdraw Attorney Daniel E. Wiesch as Counsel for Plaintiff***, a copy of which is herewith served upon you.

                                                         /s/ Richard C. Perna
                                                            Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on July 15, 2008, he served the foregoing Notice upon counsel of record by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at 440 West Randolph Street, Chicago, Illinois, with proper postage prepaid, prior to 5:00 P.M. Central Standard Time.

                                                         /s/ Richard C. Perna
                                                         Richard C. Perna

Richard C. Perna (#6193236)
**FUCHS & ROSELLI, LTD.**
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel: (312) 651-2400