IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GMAC REAL ESTATE, LLC**, a Delaware Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>**BLAKE REALTY, LLC**, a Wisconsin Limited Liability Company, and **RYAN BLAKE**, an individual.<br><br>*Defendants.* | CASE NO. 08 C 987 |

## NOTICE OF MOTION

To:   Mr. Ryan Blake                          Mr. Ryan Blake
      Blake GMAC Realty                       2820 W. Hiawatha Drive
      W6144 Aero Tech Drive                   Appleton, WI  54914
      Appleton, WI  54914

**PLEASE TAKE NOTICE** that on the 31st day of July, 2008, at the hour of 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Judge Anderson in the courtroom usually occupied by him in Room 1403 in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and then and there present *GMAC's Motion for Leave to Withdraw Attorney Daniel E. Wiesch as Counsel for Plaintiff*, a copy of which is herewith served upon you.

                                        /s/ Richard C. Perna
                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on July 15, 2008, he served the foregoing Notice upon counsel of record by mailing a copy to each person to whom it is directed and depositing the same in the U.S. Mail at 440 West Randolph Street, Chicago, Illinois, with proper postage prepaid, prior to 5:00 P.M. Central Standard Time.

                                        /s/ Richard C. Perna
                                        Richard C. Perna

Richard C. Perna (#6193236)
**FUCHS & ROSELLI, LTD.**
440 West Randolph Street, Suite 500
Chicago, Illinois 60606
Tel:  (312) 651-2400