## *United States District Court for the Northern District of Illinois*

Case Number: 08CV987              Assigned/Issued By: DAJ

Judge Name: ANDERSON              Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                   ☐ Alias Summons

☐ Third Party Summons                       ☐ Lis Pendens

☐ Non Wage Garnishment Summons              ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons        _____

☑ Citation to Discover Assets               _____
                                            (Victim, Against and $ Amount)

☐ Writ _____
          (Type of Writ)

2  Original and 2  copies on 07/15/08  as to M&I BANK,
                              (Date)
ASSOCIATED BANK. (NO NOTICES) _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05