**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

GMAC Real Estate, LLC
                       Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00987
　　　　　　　　　　　　　　　　　　　Honorable Wayne R. Andersen

Blake Realty, LLC, et al.
　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

　　　MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion to withdraw [34] attorney Daniel E. Wiesch is granted. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.